MANI SHEIK (State Bar No. 245487)
SHEIK LAW, INC.
333 West Portal Ave., Suite A
San Francisco, CA 94127
Telephone: (415) 205-8490
Fax: (415) 796-0875
E-Mail: mani@sheiklaw.us

Attorneys for Plaintiff
William Charles Long

IAN P. FELLERMAN (State Bar No. 119725)
WILEY PRICE & RADULOVICH, LLP
1301 Marina Village Parkway, Suite 310
Alameda, California 94501
Telephone: (510) 337-2810
Facsimile: (510) 337-2811
Email: ifellerman@wprlaw.com

Attorneys for Defendants
Bay Area News Group East Bay, LLC,
MediaNews Group, Inc., dba Digital First Media,
California Newspapers Limited Partnership
and Marin Independent Journal

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM CHARLES LONG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BAY AREA NEWS GROUP EAST BAY, LLC, et al.<br><br>　　　　Defendants. | Case No.: C 17-03405-HSG (SK)<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ATTEND MEDIATION** AND TO **AMEND PLEADINGS** |

1 | WHEREAS, Plaintiff William Charles Long and Defendants Bay Area News Group East Bay, LLC, MediaNews Group, Inc., dba Digital First Media, California Newspapers Limited Partnership and Marin Independent Journal (collectively "Parties") agreed to, and the Court ordered that the Parties, hold a private mediation by December 31, 2017 (ECF No. 19);

WHEREAS, the Court also ordered that the deadline to amend pleadings be January 15, 2018, so the Parties would be able to attend private mediation and see if they can resolve the matter before the deadline to amend pleadings (ECF No. 26);

WHEREAS, the Parties scheduled a private mediation with JoAnne Dellaverson for December 13, 2017;

WHEREAS, Plaintiff's counsel learned on November 29, 2017, that a one-day bench trial he was scheduled to attend in Los Angeles on December 8 had been changed to a 10-day jury trial to begin the same day, making it so Plaintiff's counsel cannot attend the December 13 mediation as previously scheduled;

WHEREAS, the Parties and Ms. Dellaverson have agreed to reschedule the mediation to January 17, 2018, to accommodate this change to Plaintiff's counsel's schedule; and

WHEREAS, such date occurs after the deadlines the Court set in ECF Nos. 19 and 26;

THEREFORE, IT IS HEREBY STIPULATED and agreed by the Parties that, for the good cause reasons stated above, the Parties jointly and respectfully request the Court continue the deadline for the Parties to participate in private mediation to January 31, 2018, and the deadline to amend pleadings to February 15, 2018. The Parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

SHEIK LAW, INC.

Date: December 5, 2017          By:  /S/ Mani Sheik
                                      MANI SHEIK
                                      Attorneys for Plaintiff
                                      William Charles Long

Stipulation for Extension of Time to Attend Mediation and Amend Pleadings        1

|     |                          |                                                                                                                                                                                 |
| --- | ------------------------ | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|  1  |                          | WILEY PRICE & RADULOVICH, LLP                                                                                                                                                   |
|  2  | Date: December 5, 2017   | By: _____/S/ Ian P. Fellerman_____                                                                                                                                            |
|  3  |                          | IAN P. FELLERMAN<br>Attorneys for Defendants<br>Bay Area News Group East Bay LLC, MediaNews Group, Inc., dba Digital First Media, California Newspapers Limited Partnership and Marin Independent Journal |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the Stipulation of the Parties filed and entered herewith, |
| 3 | IT IS SO ORDERED: The deadline for the Parties to attend private mediation currently |
| 4 | scheduled for December 31, 2017, is continued to January 31, 2018. |
| 5 | IT IS FURTHER ORDERED: The deadline to amend pleadings currently scheduled for |
| 6 | January 15, 2018, is continued to February 15, 2018. |

Dated: 12/6/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge

Order re: Stipulation for Extension of Time to Attend Mediation and Amend Pleadings