MANI SHEIK (State Bar No. 245487)
SHEIK LAW, INC.
333 West Portal Ave., Suite A
San Francisco, CA 94127
Telephone: (415) 205-8490
Fax: (415) 796-0875
E-Mail: mani@sheiklaw.us

Attorneys for Plaintiff
William Charles Long

IAN P. FELLERMAN (State Bar No. 119725)
WILEY PRICE & RADULOVICH, LLP
1301 Marina Village Parkway, Suite 310
Alameda, California 94501
Telephone: (510) 337-2810
Facsimile: (510) 337-2811
Email: ifellerman@wprlaw.com

Attorneys for Defendants
Bay Area News Group East Bay, LLC,
MediaNews Group, Inc., dba Digital First Media,
California Newspapers Limited Partnership
and Marin Independent Journal

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM CHARLES LONG,<br><br>    Plaintiff,<br><br>v.<br><br>BAY AREA NEWS GROUP EAST BAY, LLC, et al.<br><br>    Defendants. | Case No.: C 17-03405-HSG<br><br>**STIPULATION FOR DISMISSAL OF ACTION; AND ORDER** |

IT IS HEREBY STIPULATED and agreed by Plaintiff William Charles Long and Defendants Bay Area News Group East Bay, LLC, MediaNews Group, Inc., dba Digital First Media, California Newspapers Limited Partnership and Marin Independent Journal, through their respective counsel of record, that the Complaint in this action shall be dismissed with prejudice, pursuant to the settlement agreement between the parties.

SHEIK LAW, INC.

Date: January 17, 2018      By:    /s/ Mani Sheik
         MANI SHEIK
         Attorneys for Plaintiff
         WILLIAM CHARLES LONG

WILEY PRICE & RADULOVICH, LLP

Date: January 17, 2018      By:    /s/ Ian P. Fellerman
         IAN P. FELLERMAN
         Attorneys for Defendants
         Bay Area News Group East Bay, LLC,
         MediaNews Group, Inc., dba Digital First Media,
         California Newspapers Limited Partnership and
         Marin Independent Journal

## ORDER

Pursuant to the Stipulation of the parties and their settlement agreement, IT IS ORDERED that Plaintiff's Complaint in this action is dismissed with prejudice.

Dated: February 21, 2018

*/s/ Haywood S. Gilliam, Jr.*
Haywood S. Gilliam, Jr.
United States District Judge